IN THE COMMONWEALTH COURT OF PENNSYLVANIA

K. H., a minor, and Detrell Hutcherson,     :
parent and sole legal custodian of the     :
minor, K. H.     :
    :
        v.     : No. 168 C.D. 2021
    :
Pennsylvania Interscholastic Athletic     :
Association, Dr. Robert A. Lombardi,     :
in his capacity as Executive Director     :
    :
Appeal of: Pennsylvania Interscholastic     :
Athletic Association     :

**PER CURIAM**

**O R D E R**

**NOW,** this 15th day of June, 2022, it is ordered that the above-captioned Memorandum Opinion, filed April 21, 2022, shall be designated OPINION and shall be REPORTED.